# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

JAMES A. VENTURINI,  )
)
              Plaintiff,  )
)
      vs.  )     1:05-cv-1068-SEB-VSS
)
KELLY CARROLL, Nurse Practitioner,  )
)
              Defendant.  )

## Entry Concerning Selected Matters

The court, having considered the above action and the matters which are pending, makes the following rulings:

1.     The defendant's motion to dismiss based on the plaintiff's failure to respond to the order compelling discovery issued on April 28, 2006, is **granted.** *See Fischer v. Cingular Wireless, LLC,* 2006 WL 1133149 (7th Cir. May 1, 2006).

2.     Judgment consistent with this Entry shall now issue. The dismissal shall be with prejudice.

**IT IS SO ORDERED.**

Date:   05/19/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana