UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JAMES A. VENTURINI, | ) |
| Plaintiff, | ) |
| vs. | ) 1:05-cv-1068-SEB-VSS |
| KELLY CARROLL, Nurse Practitioner, | ) |
| Defendant. | ) |

# JUDGMENT

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed with prejudice.**

Date: 05/19/2006

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

James A. Venturini, DOC # 106957, Pendleton Correctional Facility, P.O. Box 30,
    Pendleton, IN 46064
Andrew Ryzard Bloch. ZEIGLER COHEN & KOCH, abloch@zcklaw.com
Roger K. Kanne, ZEIGLER COHEN & KOCH, rkanne@zcklaw.com